# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JAMES ANTHONY DAVIS,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>EQUIFAX, as known as Equifax Information Services, LLC,<br><br>　　　　　　　Defendants. | 2:13-cv-02104-RCJ-VCF<br><br>**MINUTE ORDER** |

　　　Before the Court is plaintiff's Motion for Production of Transcripts at Government Expense (#16). No hearings were held in this case. See Docket. No transcripts were prepared. *Id.*

　　　Good cause appearing, plaintiff's Motion for Production of Transcripts at Government Expense (#16) is DENIED.

　　　DATED this 14th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE